UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, N.C.
SEP 1 4 1998
U.S. DISTRICT COURT
W. DIST. OF N.C.

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:98CR244-Mu |
| --- | --- | --- |
| | ) | |
| | ) | BILL OF INDICTMENT |
| | ) | |
| v. | ) | Violations: |
| | ) | 18 U.S.C. § 924(c)(1) |
| | ) | 18 U.S.C. § 924(j) |
| | ) | 18 U.S.C. § 1111 |
| | ) | 18 U.S.C. § 2261(a)(1) |
| REGINALD ANTHONY FALICE | ) | 18 U.S.C. § 2261(b) |
| | ) | 18 U.S.C. § 2266 |

THE GRAND JURY CHARGES:

COUNT ONE

On or about April 21, 1998, in Mecklenburg County, within the Western District of North Carolina and in the State of Georgia, the defendant,

REGINALD ANTHONY FALICE

did travel across a state line, that is, did transport himself from the State of Georgia to Charlotte, North Carolina, with the intent to injure, harass, and intimidate an intimate partner, Ruth Croston, and in the course and as a result of such travel, intentionally committed a crime of violence, that is, shot and killed Ruth Croston, causing bodily injury and death to her.

All in violation of Title 18, United States Code, Sections 2261(a)(1), 2261(b), and 2266.

COUNT TWO

On or about April 21, 1998, in Mecklenburg County, in the Western District of North Carolina and in the State of Georgia, the defendant,

REGINALD ANTHONY FALICE

knowingly used and carried a firearm, that is, a Smith and Wesson 9 mm. handgun, serial number KAA8832, during and in relation to a crime of violence, for which he may be prosecuted in a court of the United States, that is the act of interstate domestic violence set forth in Count One above, and

DOCKET NO. 3:98CR244
US v. REGINALD ANTHONY FALICE

in the course of this violation caused the death of Ruth Croston through the use of the firearm, which killing is murder as defined in Title 18, United States Code, Section 1111, in that the defendant, with malice aforethought, did unlawfully kill Ruth Croston by shooting her with the firearm willfully, deliberately, maliciously, and with premeditation.

All in violation of Title 18, United States Code, Sections 924(c)(1), 924(j), and 1111.

A TRUE BILL:

_Richard C. Ransom_
FOREMAN

MARK T. CALLOWAY
United States Attorney

_Thomas G. Walker_
THOMAS G. WALKER
Assistant United States Attorney

2