# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:98CR244

| UNITED STATES OF AMERICA, | ) |
|---|---|
| | ) |
| v. | ) |
| | ) |
| REGINALD ANTHONY FALICE | ) |
| | ) |
| **Defendant** | ) |

## ORDER

Upon motion of the United States of America, and for cause shown,

IT IS HEREBY ORDERED that:

1. the document submitted by Reginald Falice titled "action to Discharge Res" is hereby stricken from the docket of this case; and

2. the Clerk is directed to return unfiled to Reginald Falice any further documents that purport to be pleadings, motions, requests for relief, or other similar documents in the above-captioned case that are signed by anyone other than Reginald Falice or a duly licensed attorney who represents him.

Signed: November 26, 2007

Graham C. Mullen
United States District Judge