# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## NO. 3:98CR244

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| REGINALD ANTHONY FALICE | ) |
| | ) |
| _____Defendant_____ | ) |

## ORDER

Upon motion of the United States of America, and for cause shown,

IT IS HEREBY ORDERED that:

1. the document submitted by Reginald Falice titled "Payment of Account Stated" (Docket # 156) and its attachments are hereby stricken from the record of this case; and

2. the Clerk is directed to return unfiled to Reginald Falice any further pleadings submitted by him that purport to bear the written, typed, or printed signature of the United States of America or any official thereof in the above-captioned case.

This 16th day of October, 2008.

_Graham C. Mullen_
United States District Judge